**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jackie D. TATE, a/k/a Isa Sulamun Zaid Harbah, Defendant—Appellant.**

**No. 10–3333.**

United States Court of Appeals, Tenth Circuit.

May 3, 2012.

Matthew T. Treaster, Office of the United States Attorney, Wichita, KS, for Plaintiff-Appellee.

John K. Henderson, Jr., Office of the Federal Public Defender, Wichita, KS, for Defendant–Appellant.

Before LUCERO, SEYMOUR, and EBEL, Circuit Judges.

**ORDER**

CARLOS F. LUCERO, Circuit Judge.

In this appeal, Jackie Tate sought conditional release under 18 U.S.C. § 4243(f)(2). Tate has since been conditionally released under that statute. Because there is no longer any relief this court can provide Tate, the appeal is hereby **DISMISSED** as moot. *See United States v. Juvenile Male,* —— U.S. ——, ——, 131 S.Ct. 2860, 2864, 180 L.Ed.2d 811 (2011).